LANTS).—Rescission and damages. Ponce. April 15, 1918. *Affirmed.*

---

No. 1533. VERAY, APELLANT AND APPELLEE, *v.* MARÍN ET AL., APPELLEES AND APPELLANTS.—Reservable property. Aguadilla. April 15, 1918. *Reconsideration denied.*

---

No. 353. LASA E IRAOLA, APPELLANT, *v.* REGISTRAR OF SAN JUAN, SECTION 2, RESPONDENT.—Administrative appeal. April 18, 1918. *Affirmed.*

---

No. 1840. DÍAZ MOLINARIS ET AL., PETITIONERS, *v.* CIVIDANES Y ALONSO, CONTESTANT AND APPELLANT (CAUTIÑO, ADMINISTRATOR, APPELLEE).—Accounting. Guayama. April 18, 1918. *Dismissed.*

---

No. 1844. GÓMEZ, APPELLANT, *v.* JIMÉNEZ, APPELLEE.—Acknowledgment of servitude. Humacao. April 22, 1918. *Dismissed.*

---

No. 1845. ISERN Y FLEITAS ET AL., APPELLEES, *v.* RAMÍREZ ET AL., APPELLANTS.—Promissory note. Mayagüez, April 22, 1918. *Dismissed.*

---

No. 224. MAHONÉS ET AL., PETITIONERS, *v.* TEXIDOR, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan, Section 1. April 22, 1918. *Petition denied.*

---

No. 1779. CHIQUÉS, APPELLANT, *v.* DIEZ, MUNICIPAL JUDGE, ET AL., RESPONDENTS (SANTIAGO, INTERVENOR AND APPELLEE).—Certiorari. Humacao. April 22, 1918. *Dismissed.*